SOCIAL SECURITY ADMINISTRATION

Social Security Administration
Office of Appellate Operations
6401 Security Blvd
Baltimore, MD 21235-6401
Telephone: (877) 670-2722
Date: October 16, 2023

# NOTICE OF APPEALS COUNCIL ACTION

Mr. Michael Douglas McMillan
6 Mill Rd
Boxford, MA 01921

This is about your request for review of the Administrative Law Judge's decision dated January 13, 2023. You submitted reasons that you disagree with the decision. We considered the reasons and exhibited them on the enclosed Order of the Appeals Council. We found that the reasons do not provide a basis for changing the Administrative Law Judge's decision.

## We Have Denied Your Request for Review

We found no reason under our rules to review the Administrative Law Judge's decision. Therefore, we have denied your request for review.

This means that the Administrative Law Judge's decision is the final decision of the Commissioner of Social Security in your case.

## Rules We Applied

We applied the laws, regulations and rulings in effect as of the date we took this action.

Under our rules, we will review your case for any of the following reasons:

- The Administrative Law Judge appears to have abused his or her discretion.

- There is an error of law.

- The decision is not supported by substantial evidence.

- There is a broad policy or procedural issue that may affect the public interest.

- We receive additional evidence that you show is new, material, and relates to the period on or before the date of the hearing decision. You must also show there is a reasonable



**Suspect Social Security Fraud?**
Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline
at 1-800-269-0271 (TTY 1-866-501-2101).

See Next Page

Michael Douglas McMillan                                               Page 3 of 3

- The 60 days start the day after you receive this letter. We assume you received this letter 5 days after the date on it unless you show us that you did not receive it within the 5-day period.

- If you cannot file for court review within 60 days, you may ask the Appeals Council to extend your time to file. You must have a good reason for waiting more than 60 days to ask for court review. You must make the request in writing and give your reason(s) in the request.

You must mail your request for more time to the Appeals Council at the address shown at the top of this notice. Please put the Social Security number(s) on your request. We will send you a letter telling you whether your request for more time has been granted.

**About The Law**

The right to court review for claims under Title II (Social Security) is provided for in Section 205(g) of the Social Security Act. This section is also Section 405(g) of Title 42 of the United States Code.

The right to court review for claims under Title XVI (Supplemental Security Income) is provided for in Section 1631(c)(3) of the Social Security Act. This section is also Section 1383(c) of Title 42 of the United States Code.

The rules on filing civil actions are Rules 4(c) and (i) in the Federal Rules of Civil Procedure.

**Need More Help?**

1. Visit www.ssa.gov for fast, simple, and secure online service.
2. Call us at 1-800-772-1213, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY 1-800-325-0778. Please mention this notice when you call.
3. You may also call your local office at (877)669-3127.

> Social Security
> Suite 106A
> 439 S Union St
> Lawrence, MA 01843-2800

**How are we doing?** Go to www.ssa.gov/feedback to tell us.

/s/ *Patricia Smith*
Patricia Smith
Administrative Appeals Judge

Enclosure: Order of Appeals Council

Social Security Administration
OFFICE OF APPELLATE OPERATIONS

## ORDER OF APPEALS COUNCIL

| **IN THE CASE OF** | **CLAIM FOR** |
|---|---|
| | Period of Disability<br>Disability Insurance Benefits |
| Michael Douglas McMillan<br>(Claimant) | Supplemental Security Income |
| (Wage Earner) | |

The Appeals Council has received additional evidence which it is making part of the record. That evidence consists of the following exhibits:

Exhibit B20B     Request for Review of Hearing Decision submitted by Michael McMillan on January 17, 2023 (3 pages)

Exhibit B27E     Brief of Claimant submitted by Michael McMillan and received on February 21, 2023 (7 pages)

Exhibit B28E     Statement of Claimant submitted by Michael McMillan and received on February 28, 2023 (5 pages)

Date: October 16, 2023



Social Security Admini
Ofc Of Appellate Opera
6401 Security Blvd
Baltimore, MD 21235

253 2 MB 0.558 P1 T2 163185 1 4 1 CIPA R231016 0000
Michael D McMillan
6 Mill Rd
Boxford, MA 01921

