# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

**MICHAEL DOUGLAS MCMILLIAM,**

Plaintiff(s),

v.

Civil Action No. **1:23–CV–13159–JEK**

**KILOLO KIJAKAZI,**

Commissioner of the Social Security Administration,

Defendant.

## SOCIAL SECURITY SCHEDULING ORDER

December 21, 2023

Julia E. Kobick

The following procedures govern all actions challenging a final decision of the Commissioner of the Social Security Administration filed under the Social Security Act, 42 U.S.C. § 405, unless otherwise ordered by the Court.

**(1) Certified Copy of the Administrative Record.** Within 60 days after notice of the action is given pursuant to Rule 3 of the Supplemental Rules for Social Security, The Commissioner must file an answer that includes a certified copy of the administrative record or a motion under Civil Rule 12 in accordance with Rule 4 of the Supplemental Rules for Social Security.

**(2) Plaintiff's Brief.** Within 30 days after the Commissioner files an answer, or 30 days after entry of an order disposing of the last remaining motion under Rule4(c), whichever is later, the plaintiff must file and serve a brief for the requested relief, not to exceed, without leave of the court, 20 pages double spaced.

**(3) Commissioner's Brief.** Within 30 days after the plaintiff files his or her brief, the Commissioner must file and serve a brief, not to exceed, without leave of the court, 20 pages double spaced.

**(4) Reply Brief.** Within 14 days after service of the Commissioner's brief, the plaintiff may file and serve a reply not to exceed 10 pages double spaced.

**(5) Further Reply Memorandum.** If the plaintiff raises new issues or arguments in a reply memorandum, the Commissioner may serve and file a sur–reply, not to exceed 10 pages, within 14 days after service of the reply memorandum.

/s/ Julia E. Kobick

Julia E. Kobick
United States District Judge